UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK BROWN,

Plaintiff,

-against-

ORANGE COUNTY; CFG HEALTH; SGT. HARRISON ANGLE; NURSE BRIANNA EICHELE; DOCTOR AKAMINONU OLISAEMEKA; NURSE THOMPSON; LT. MICHAEL SHAFFER; NURSE JAMIE; OFFICER NORBERTO DOMINGUEZ; and OFFICER HAYWOOD,

Defendants.

26-CV-10114 (NSR)

ORDER OF SERVICE

NELSON S. ROMÁN, United States District Judge:

Plaintiff, who is currently detained in the Orange County Jail, brings this action *pro se*. He asserts claims, under 42 U.S.C. § 1983, for deliberate indifference to his serious medical needs in violation of the Fourteenth Amendment, municipal liability, and retaliation and denial of access to the courts in violation of the First Amendment. The complaint can also be construed as asserting supplemental state law claims. By order dated November 20, 2026, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. (ECF 5.)[1]

## DISCUSSION

### A. Service on Defendants

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

from the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants Orange County; CFG Health; Sergeant Harrison Angle; Lieutenant Michael Shaffer; Nurse Brianna Eichele; Dr. Akaminonu Olisaemeka; Nurse Thompson; Nurse Jamie; Officer Norberto Dominguez; and Officer Haywood through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

If the complaint is not served within 90 days from the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

---

[2]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the complaint until the Court reviewed the complaint and ordered that summonses be issued. The Court therefore extends the time to serve until 90 days after the date the summonses are issued.

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

### B. *Valentin* Order

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Plaintiff identifies three defendants by only one name: Nurse Thompson, Nurse Jamie, and Officer Haywood. If the U.S. Marshals Service is unable to effect service on any of these defendants because he or she cannot be identified from the information provided, the Orange County Attorney, who is the attorney for and agent of Orange County, must ascertain the full name of each such defendant and the address where that defendant may be served. The Orange County Attorney must provide this information to Plaintiff and the Court within 60 days of the date on which the Marshals Service files an unexecuted return of service for that defendant.

If the Orange County Attorney provides this information, the Court will issue an order directing the Clerk of Court to complete USM-285 forms with the full names and addresses of these defendants and to deliver all documents necessary to effect service to the U.S. Marshals Service.

## CONCLUSION

The Clerk of Court is directed to issue summonses for Defendants Orange County; CFG Health; Sergeant Harrison Angle; Lieutenant Michael Shaffer; Nurse Brianna Eichele; Dr. Akaminonu Olisaemeka; Nurse Thompson; Nurse Jamie; Officer Norberto Dominguez; and Officer Haywood, complete the USM-285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

If the U.S. Marshals Service is unable to effect service on Nurse Thompson, Nurse Jamie, or Officer Haywood, the Orange County Attorney must, within 60 days of the date on which the Marshals Service files an unexecuted return of service for that defendant, provide Plaintiff and the Court with that defendant's full name and service address, as set forth above. The Clerk of Court is directed to mail a copy of this order and the complaint to the Orange County Attorney at 255 Main Street, Goshen, New York 10924.

The Clerk of Court is further directed to mail an information package to Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: November 25, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. Orange County
   c/o Orange County Attorney
   255 Main Street
   Goshen, NY 10924

2. CFG Health
   765 East Route 70, Building A-100
   Marlton, NJ 08053

   CFG Health
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

3. Sergeant Harrison Angle
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

4. Lieutenant Michael Shaffer
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

5. Officer Norberto Dominguez
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

6. Officer Haywood
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

7. Nurse Brianna Eichele
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

8. Dr. Akaminonu Olisaemeka
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

9. Nurse Thompson
   Orange County Jail
   110 Wells Farm Road
   Goshen, NY 10924

10. Nurse Jamie
Orange County Jail
110 Wells Farm Road
Goshen, NY 10924